**T. James ANDERSON, Jr.,**
**Plaintiff–Appellant,**

v.

**WORKERS' COMPENSATION COMMISSION; Uninsured Employers' Fund; Subsequent Injury Fund; Campen & Walsworth, PLLC; Union Baptist Church, Incorporated, Defendants–Appellees.**

**No. 01–1422.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

T. James Anderson, Jr., pro se.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

T. James Anderson, Jr. appeals the district court's order dismissing without prejudice his civil action and abstaining from deciding claims pending in Maryland state courts. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. Workers' Compensation Commission,* No. CA–00–3251–AMD (D.Md. March 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*